UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dennis M. Cavanaugh |
| v. | : | Crim. No. 12-131 (SRC) |
| MICHAEL CALABRETTA and KENNETH MARTIN | : | <u>CONTINUANCE ORDER</u> |

This matter having come before the Court on the joint application of Paul Fishman, United States Attorney for the District of New Jersey (by Brian L. Urbano, Assistant U.S. Attorney), defendant Michael Calabretta (by John Meringolo, Esq.), and defendant Kenneth Martin (by Darren M. Gelber, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendants being aware that they have the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendants have consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendants desire additional time

IT IS FURTHER ORDERED that the period from December 27, 2012, through March 27, 2013, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

HON. STANLEY R. CHESLER
United States District Judge

Consented and Agreed to by:

John Meringolo, Esq.
Counsel for Defendant Calabretta

Darren M. Gelber, Esq.
Counsel for Defendant Martin

Brian L. Urbano
Assistant United States Attorney

IT IS FURTHER ORDERED that the period from December 27, 2012, through March 27, 2013, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

                                                                               HON. STANLEY R. CHESLER
Consented and Agreed to by:       United States District Judge

_____
John Meringolo, Esq.
Counsel for Defendant Calabretta

_____
Darren M. Gelber, Esq.
Counsel for Defendant Martin

_____
Brian L. Urbano
Assistant United States Attorney